**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **Larry Apperson,** | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:13-CV-00757 NAB |
| | ) |
| **Auto Owners Insurance Company,** | ) |
| | ) |
| Defendant . | ) |

ORDER

       The above-styled case was filed in the Eastern Division of this court on April 19, 2013 and assigned to the Honorable Nannette A. Baker.   Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

       IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:13-CV-00035 RWS.   The Honorable Rodney W. Sippel will preside.

       Case No. 4:13-CV-00757 NAB is hereby administratively closed.

       Dated this 22nd day of April, 2013.

                         James G. Woodward, Clerk of Court

                         By: /s/ Michele Crayton
                            Deputy In Charge

Please refer to Case No. **2:13-CV-00035 RWS** in all future matters concerning this case.